IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REINHART FOODSERVICE, L.L.C.,

    Plaintiff,

v.

                                                                       Case No.: 14-cv-358

GEORGE WICKERS,
d/b/a BEVERLY BUTCHER SHOP,
d/b/a IPSWICH BUTCHER SHOP,

    Defendant.

## ENTRY OF DEFAULT

    The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, George Wickers, d/b/a Beverly Butcher Shop, d/b/a Ipswich Butcher Shop, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact having been made to appear by the Affidavit of the attorney for the Plaintiff;

    The Clerk hereby enters the default of Defendant George Wickers, d/b/a Beverly Butcher Shop, d/b/a Ipswich Butcher Shop, pursuant to Rule 55(a) of the Fed. R. Civ. P.

    Dated this 11th day of July, 2014.

                                                      s/L. Kamke, Deputy Clerk
                                                      Peter Oppeneer, Clerk of Court