IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REINHART FOODSERVICE, LLC,

                              Plaintiff,

     v.

GEORGE VICKERS, d/b/a
BEVERLY BUTCHER SHOP,
d/b/a IPSWICH BUTCHER SHOP,

                              Defendant.

ORDER

14-cv-358-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     A hearing was held in this case on August 6, 2014 on what was scheduled to be a determination of plaintiff Reinhart Food Services, LLC's motion for default judgment. Phillip James Addis and Theresa Movroydis appeared for plaintiff. Defendant's wife, Cheryl Vickers, participated in the hearing by telephone.

     Counsel for plaintiff advised the court that a settlement had been reached with defendant, under which defendant would pay off its debt to plaintiff over the next year. Mrs. Vickers confirmed her husband's agreement to the settlement.

     In light of the settlement, the case will be closed, subject to reopening at any time by

1

either party if the terms of the settlement are not met or for any other good reason.

Entered this 6th day of August, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge